## A04A0622. ACCOLADES APARTMENTS, L.P. v. FULTON COUNTY.
(616 SE2d 123)

RUFFIN, Chief Judge.

This case returns to us for the fourth time.[1] In the most recent incarnation before this Court, the issue presented was whether a Statement of Partnership filed with the State was conclusive as to the existence of a partnership.[2] We held that it was not and thus affirmed the trial court's ruling that no partnership existed.[3] Our decision was predicated, in large part, upon a Supreme Court opinion in the same case in which that Court held that "[w]hether a 'joint venture' is actually a partnership is a question of fact and depends on the rights and responsibilities assumed by the joint venturers."[4] Accolades appealed our ruling to the Supreme Court, which obviated the factual inquiry by finding that the existence of the Statement of Partnership

---

[1] See *Accolades Apts. v. Fulton County*, 267 Ga. App. 197 (598 SE2d 910) (2004); *Accolades Apts. v. Fulton County*, 252 Ga. App. 501 (556 SE2d 552) (2001); *Accolades Apts. v. Fulton County*, 242 Ga. App. 214 (528 SE2d 268) (2000).

[2] See *Accolades Apts.*, supra, 267 Ga. App. at 197.

[3] See id. at 198-199 (1).

[4] *Accolades Apts. v. Fulton County*, 274 Ga. 28, 30 (549 SE2d 348) (2001).

is conclusive.[5] Accordingly, our judgment is hereby vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. Adams and Bernes, JJ., concur.*

DECIDED JUNE 8, 2005.

*Paul, Hastings, Janofsky & Walker, John G. Parker, Joseph C. Sharp, Brady S. McFalls,* for appellant.
*Smith, Gambrell & Russell, Marcia M. Ernst,* for appellee.

---

[5] See *Accolades Apts. v. Fulton County,* 279 Ga. 257 (612 SE2d 284) (2005).